AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                              **CRIMINAL COMPLAINT**

**CATALINO LUCAS DIAZ**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about    **MARCH 16, 2007**                in    **WASHINGTON**    county, in the

_____ District of    **COLUMBIA**    defendants did, (Track Statutory Language of Offense)

**in or affecting foreign or interstate  commerce, willfully and maliciously  convey false information, knowing the same to be false, concerning an attempt to unlawfully damage or destroy any building or real or personal property, by means of fire or an explosive, by placing an imitation bomb on the White House grounds**

in violation of Title    **18**    United States Code, Section(s)    **844(e)**                .

I further state that I am    **OFFICER BRANDON L. PHILLIPS**    , and that this complaint is

based on the following facts:

### SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:          ☒ Yes   ☐ No

_____

Signature of Complainant
**OFFICER BRANDON L. PHILLIPS**
**UNITED STATES SECRET SERVICE**

Sworn to before me and subscribed in my presence,

_____    at    _____
Date                                                      **Washington, D.C.**
                                                          City and State

_____          _____
Name & Title of Judicial Officer                        Signature of Judicial Officer

## STATEMENT OF FACTS

On Friday, March 16, 2007, while posted at the exit post located at the Northeast Fence line of the White House located at 1600 Pennsylvania Avenue, N.W., Washington, D.C., members of the U.S. Secret Service saw the defendant, Catalino Diaz, throw a large black tube over the fence onto the white house grounds.  The defendant then started to climb the fence.  Officers ordered the defendant to get off the fence, at which time the defendant continued to climb the fence, and jumped onto the white house grounds.  The defendant was stopped and the officers placed him under arrest. The tube the defendant threw over the fence had wires, batteries, and a tape recorder tapped to the outside of the cylinder and was declared a suspicious item.  The Metropolitan Police Department Bomb Squad arrived and the package was declared safe by the explosive ordinance disposal unit.

_____
OFFICER BRANDON L. PHILLIPS
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF MARCH, 2007.


_____
U.S. MAGISTRATE JUDGE