UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.                                                                                   Cr. No. 07-99 (JMF)

CATALINO LUCAS DIAZ,

    Defendant.

DETENTION MEMORANDUM

This is a strange case. A uniformed Secret Service Officer saw the defendant throw food over the White House fence and then an object that appeared to be a pipe bomb. The defendant then scaled the fence and had to be apprehended. I have found probable cause to believe that the defendant committed the crime charged.

I am afraid that this defendant does not have roots in any community. All we have been able to ascertain about him is that he does not speak English, seems to have come to America during the Muriel boat lift, and has been convicted of murder in Florida. I do not have an address for him either here or in Florida. On this record, I cannot possibly set conditions of release and I will have to order him detained pending trial.

                                                 __/s/_____
                                                 JOHN M. FACCIOLA
                                                 UNITED STATES MAGISTRATE JUDGE

April 4, 2007