

07-99M

**FILED**

APR 0 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2007 FDC 006244    File Date: 03/17/2007
UNITED STATES vs. CATALINO LUCAS DIAZ
aka CATALINO LUCAS DIAZ
PDID #:
Lock up number: 26

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2262 |
| CONNECTION TEL | 96163782 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 03/22 09:52 |
| USAGE T | 01'21 |
| PGS. SENT | 11 |
| RESULT | OK |

March 19, 2007

The Honorable John M. Facciola
United States District Magistrate Judge
United States Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: DIAZ, Catalino L.
Case #: 2007 FDC 6244

Dear Magistrate Judge Facciola:

The Legal Services Branch received a court order for a competency screening examination on Mr. Catalino L. Diaz, and he was placed on our screening schedule. However, he was not in the cellblock of the Superior Court according to the U.S. Marshals, but rather in the cellblock at the District Court. This was not discovered until late morning, and, although the U.S. Marshals can transfer him to the Superior Court cellblock, the U.S. Interpreting Service is unable to provide a translator this afternoon.

Mr. Diaz can be examined on Tuesday, March 20, 2007 at the D.C. Superior Court cellblock, and the interpreter has been scheduled for 11:30 AM. If you have any questions or require additional information, please call me at (202) 645-8788.

Very truly yours,

Christiane I. Zeichner, Ph.D., LICSW

Chuistiane I. Zeichner, Ph.D., LICSW
Pre-Trial Chief

**FILED**

**2007 MAR 19 P 12:20**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**DEPARTMENT OF MENTAL HEALTH**



Forensics Services Administration
Legal Services Branch
John Howard Pavilion
Saint Elizabeths Campus
2700 Martin Luther King, Jr. Ave., SE
Washington, D.C. 20032
Tel: (202) 645-8788
Fax: (202) 373-1704

March 19, 2007

The Honorable John M. Facciola
United States District Magistrate Judge
United States Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

                Re: DIAZ, Catalino L.
                Case #: 2007 FDC 6244

Dear Magistrate Judge Facciola:

The Legal Services Branch received a court order for a competency screening examination on Mr. Catalino L. Diaz, and he was placed on our screening schedule. However, he was not in the cellblock of the Superior Court according to the U.S. Marshals, but rather in the cellblock at the District Court. This was not discovered until late morning, and, although the U.S. Marshals can transfer him to the Superior Court cellblock, the U.S. Interpreting Service is unable to provide a translator this afternoon.

Mr. Diaz can be examined on Tuesday, March 20, 2007 at the D.C. Superior Court cellblock, and the interpreter has been scheduled for 11:30 AM. If you have any questions or require additional information, please call me at (202) 645-8788.

                Very truly yours,

                Chuistiane I. Zeichner, Ph.D., LICSW
                Pre-Trial Chief

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## UNITED STATES
## VS

_DIAZ, CATALINO LUCAS_

THE EVENT OCCURED ON ___March 16, 2007___ AT ___1109___ AT _____

___NORTHWEST___ IN THE CITY OF WASHINGTON DC.

I, A/O OFFICER BRANDON PHILLIPS OF THE UNITED STATES SECRET SERVICE UNIFORMED DIVISION, WHILE POSTED AT THE EXIT POST AT THE NORTHEAST FENCE LINE OF THE WHITE HOUSE COMPLEX, OBSERVED S-1, A BLACK HISPANIC MALE (LATER IDENTIFIED AS DIAZ, CATALINO LUCAS,              ', BY WORD OF MOUTH) WEARING A GREY JACKET AND GREY PANTS THROW A LARGE BLACK TUBE APPOXIMATELY THREE FEET LONG AND SIX INCHES DEEP OVER THE FENCE ONTO THE WHITE HOUSE GROUNDS. S-1 (DIAZ) THEN STARTED TO SCALE THE FENCE. A/O OREDERED S-1 (DIAZ) TO GET OFF THE FENCE. S-1 (DIAZ) THEN CONTINUED TO SCALE THE FENCE, CLEARED IT AND LANDED ON HIS FEET ON THE WHITE HOUSE GROUNDS. A/O ORDERED S-1 (DIAZ) TO GET ON THE GROUND. S-1 (DIAZ) ONLY COMPLIED AFTER A/O GRABBED S-1 (DIAZ) FORCING HIM TO THE GROUND. AT THAT TIME S-1 (DIAZ) WAS PLACED IN CUSTODY AND TAKEN TO THE NORTHWEST GATE INTERVIEW ROOM WHERE HE WAS HELD FOR HIS SAFETY BECAUSE THE BLACK TUBE WAS DECLARED SUSPICIOUS. A COMPUTER CHECK WAS MADE IN THE VISITOR APPOINTMENT SYSTEM FOR S-1 (DIAZ) AND REVEALED HE WAS NOT AUTHORIZED TO BE ON THE COMPLEX. AT THIS TIME S-1 WAS PLACED UNDER AREST FOR "UNLAWFUL ENTRY" AND FROM THIS POINT FORWARD S-1 (DIAZ) WILL BE REFFERRED TO AS D-1. D-1 (DIAZ) REFUSED TO ANSWER ANY QUESTIONS AND WAS READ HIS MIRANDA RIGHTS AT 1123 HOURS BY SERGEANT DIAZ-SANTIAGO. D-1 (DIAZ) HAD NO HARD COPY IDENTIFICATION BUT VERBALLY GAVE HIS IDENTIFYING INFORMATION.

D-1 WAS INTERVIEWED BY USSS AGENTS CAMP AND HAEIR AT THE NORTHWEST GATE INTERVIEW ROOM.

THE PACKAGE THAT D-1 (DIAZ) THREW OVER THE FENCE HAD VISIBLE WIRES STICKING OUT, BATTERY'S TAPED TO THE OUTSIDE, END CAPS WERE SEALED WITH TAPE, A TAPE RECORDER WAS ATTACHED TO THE PACKAGE AND WAS DECLARED A SUSPICIOUS ITEM AS D-1 (DIAZ) WAS BEING ESCORTED TO THE NORTHWEST GATE INTERVIEW ROOM. ARRIVING ON SCENE WAS METROPLOITAN POLICE DEPARTMENT K-9 OFFICER LEWIS, BADGE #8969 AT 1131. METROPOLITAN POLICE DEPARTMENT BOMB SQUAD #2 ARRIVED ON SCENE AT 1150. USSS CRIME SCENE SEARCH MEMBERS BARTO AND MCCAA ARRIVED AT 1320. EXPLOSIVE ORDINANCE DISPOSAL MEMBER SOFOLOGIC APPROACHED THE PACKAGE WITH TECHNICAL SECURITY DIVISION MEMBERS KAMAK, CLARK, AND WOODARD AT 1336. AT 1426 THE PACKAGE WAS DECLARED SAFE BY THE EXPLOSIVE ORDINANCE DISPOSAL UNIT AND THE USSS TECHNICAL SECURITY DIVISION. USSS CRIME SCENE SEARCH MEMBERS BARTO AND MCCAA TOOK POSSESSION OF THE PACKAGE FOR PROCESSING AS EVIDENCE AND WILL BE PLACED ON THE EVIDENCE BOOK AT 3D AT A LATER DATE.

THE PACKAGE CAUSED MAJOR DISRUPTION IN AND AROUND THE WHITE HOUSE COMPLEX.

D-1 WAS ADDITIONALLY CHARGED WITH TITLE 18 USC 844 (e) "FALSE THREAT TO USE A BOMB", "THROWING MISSILES" AND TRANSPORTED TO METROPOLITAN 3RD DISTRICT FOR PROCESSING.

The events and acts described above occurred primarily in the DISTRICT OF COLUMBIA and were committed as described By defendant(s) listed in the case caption

Subscribed and sworn before me this ___ day of ___ 2007

___Police Officer___    ___Badge___    ___District___    ___Deputy Clerk___

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **CRIMINAL COMPLAINT** |
| V. | |
| CATALINO LUCAS DIAZ<br>DOB:<br>PDID: | CASE NUMBER: |

CATALINO LUCAS DIAZ
1642 Southwest 7th Street, Apt#8, Miami, Florida 33135

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 16, 2007__ in __Washington, D.C.__ county, in the _____ District of __Columbia__ defendant(s) did, (Track Statutory Language of Offense)

willfully make a threat and maliciously convey false information, knowing the same to be false, concerning an attempt or alleged attempt to kill, injure, or intimidate an individual, or unlawfully to damage or destroy a building, vehicle, or other property by means of an explosive, by placing an imitation bomb on the White House grounds.

in violation of Title __18__ United States Code, Section(s) __844(e)__.

I further state that I am __Brandon Phillips, Officer, United States Secret Service__, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
Brandon Phillips, Officer
United States Secret Service

AUSA, Karen L. Ditzler (202) 514-9126
Sworn to before me and subscribed in my presence,

_____ at __Washington, D.C.__
Date                                         City and State

_____          _____
Name & Title of Judicial Officer            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT
CATALINO LUCAS DIAZ
DOB: 2/13/41

I, Brandon Phillips, being first duly sworn, depose and state as follows:

1. I am an officer with the United States Secret Service ("USSS"). I have been a member of the USSS for approximately, 1 year. For the last six months I have been assigned to the White House Branch, where my responsibilities include protection of the President of the United States, First Family, and White House grounds. I have received basic law enforcement training at the Federal Law Enforcement Training Center in Glynco, Georgia, and additional Secret Service protection training.

2. The information contained in this affidavit is based on my personal knowledge and observations made during the course of this investigation; on information conveyed to me by other law enforcement officials; and on my review of records, documents, and other physical evidence obtained during the investigation.

3. This affidavit is in support of a criminal complaint charging **CATALINO LUCAS DIAZ** with, in or affecting interstate commerce, willfully making a threat and maliciously conveying false information knowing the same to be false, concerning an attempt or alleged attempt to kill, injure, or intimidate an individual, or unlawfully to damage or destroy a building, vehicle, or other property by means of an explosive, in violation of 18 U.S.C.§ 844(e). This affidavit is not intended to include each and every fact and matter observed by me or know to the government, but is offered solely as a basis for probable cause for the complaint.

4. On March16, 2007, at approximately 11:09a.m., I was posted at the exit post at the northeast fence line of the White House complex, when I observed a black Hispanic male, who

was later identified as **CATALINO LUCAS DIAZ**, throw a large black tube (approximately three feet long and six inches deep) over the fence on to the White House Grounds. The black tube thrown by **CATALINO DIAZ** appeared to be an explosive device, as it had visible wires sticking out of it and batteries as well as a tape recorder attached to the outside of the tube.

    5. After throwing the suspicious black tube over the fence onto the White House grounds, I observed **CATALINO DIAZ** begin to scale the White House fence. I ordered him off the fence, but he continued to scale the fence, cleared the fence and landed on the White House grounds.

    6. I approached **CATALINO DIAZ** and ordered him to the ground. Because **CATALINO DIAZ** ignored my order, I forced him to the ground. **CATALINO DIAZ** was then placed in custody and taken to the Northwest gate interview room where he was held for his safety while the suspicious black tube was examined.

    7. The Metropolitan Police Department Bomb squad as well as the White House Explosive Ordinance Disposal unit arrived, examined the black tube and declared it safe. USSS crime scene search members took possession of the black tube to be placed on the 3D evidence book.

    8. The activities of **CATALINO DIAZ** disrupted the normal operations of the White House and surrounding areas for approximately three hours. Members of the Press were relocated, and the movement of White House staff members were restricted during this period.

    9. Based on the foregoing facts, your affiant respectfully submits that probable cause exists to believe that **CATALINO DIAZ,** in or affecting interstate commerce, willfully made a threat and maliciously conveyed false information, knowing the same to be false, concerning an attempt or alleged attempt to kill, injure, or intimidate an individual, or unlawfully to damage or

destroy a building, vehicle, or other property by means of an explosive, in violation of 18 U.S.C. § 844(e).

_____
Brandon Phillips, Officer
United States Secret Service

Subscribed and sworn before me this 17th day of March, 2007

_____
United States Magistrate Judge

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION - FELONY BRANCH

UNITED STATES OF AMERICA      :

v.      :

CATALINO LUCAS DIAZ      :

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANT'S CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(a)(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. §3141 et seq. Upon motion of the government the Court <u>shall</u> hold a

detention hearing in cases that involve a crime of violence.[1]

In the instant case the defendant is charged with wilfully making a threat and maliciously conveying false information, knowing the same to be false, concerning an attempt to kill, injure or intimidate an individual, or unlawfully to damage or destroy a building, vehicle, or other property by means of an explosive. Specifically, the defendant is charged threw a fake explosive over the White House fence. Accordingly, he is subject to pre-trial detention and the Court must hold a detention hearing in this case.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. §3142(1)(f)(2).

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY

BY: _____
Karen L. Ditzler
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum was delivered by hand upon counsel for the defendant, this 17th day of March, 2007.

_____

[1] See 3142(1)(f)(A). A crime of violence is defined by 18 U.S.C. § 3156 is an offense that involves the use, attempted use, threatened use of force, or any felony under Chapters 109A, 110 or 117.

_____
Karen L. Ditzler
Assistant United States Attorney

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
### FORM FOR U.S. DISTRICT COURT CASES

UNITED STATES
No._____

USC
26

TOT

Vs.

P.D.I.D. No._

Diaz, Catalino Lucas (Defendant)

USC 26

☑ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: __3/19/2007__.

## COMMITMENT/RELEASE

☑ NO BOND
☐ BOND $_____

Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on:_____.

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name:_____

Address:_____

Telephone No._____

DEFENDANT'S NAME:_____

Address:_____

Telephone No._____

DEFENDANT'S SIGNATURE:_____

DATE: __3/17/07__        _____
                          JUDICIAL OFFICER PRESIDING

white-court           yellow-usao              Pink-defense

CD-3026/Mar. 03

26

# Superior Court of the District of Columbia

## CRIMINAL DIVISION
## SUPERIOR COURT CRIMINAL RULE 112

United States/District of Columbia

Vs.

Catalino Diaz

Case Number: 26

Charge(s): Threats

The Clerk of the Court will please enter my appearance for the defendant in the above entitled cause this 17th day of March, 2007

**Attorney:** CJA
Gerald Thompkins

**Address:**
4201 Conn. Ave, NW
S. 500
DC 20008

**Unified Bar Number:** 395958

**Telephone Number:** 202-538-7251

CD-1074d

## DEFENDANT ELIGIBILITY RECOMMENDATION

I. NAME: __Catalino Diaz__   NO. OF DEPENDENTS: _____

LOCK-UP NO. __26__   DATE: __3.17.07__   CHARGE __Use Threats Throw Missiles, U.C.__

| | | | | |
|---|---|---|---|---|
| LIQUID ASSETS | (Y) | STD. 5 AMOUNT | | |
| OTHER ASSETS (1/4 EQUITY) | + $ | STD. 4 AMOUNT | + $ | |
| GROSS MONTHLY INCOME | + $_____ | FEL. = $ | 1,500 | |
| TOTAL AVAILABLE MONTHLY | $ | MISD. = | 750 | |
| | | OTHER = | 400 | |

LESS: MONTHLY EXTRAORDINARY
  MEDICAL OR OTHER EXPENSES  − $

NET AVAILABLE MONTHLY  (X)    MINIMUM MONTHLY NEED  (Z) $

IF X IS EQUAL OR LESS THAN Y . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❑ ELIGIBLE
IF X IS MORE THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ❑ NOT ELIGIBLE
IF X IS MORE THAN Y BUT LESS THAN Z . . . . . . . . . . . . . . . . . . . . . . . . . ❑ ELIGIBLE WITH CONTRIBUTION

---

COMPLETE SECTION II ONLY IF 'ELIGIBLE WITH CONTRIBUTION' IS CHECKED ABOVE.

II. AMOUNT OF CONTRIBUTION.

❑ GROSS MONTHLY FAMILY INCOME IS MORE THAN Y
  GROSS MONTHLY FAMILY INCOME            $
  LESS: MONTHLY EXTRAORDINARY EXPENSES   −
  SUBTOTAL                               $
  LESS: STANDARD 5 AMOUNT (Y)            −
  SUBTOTAL                               $
  LESS: MONTHLY PAYMENT ON CJA-RELATED LOAN  −
  SUBTOTAL                               $
  AVAILABLE FOR MONTHLY CONTRIBUTION     $
  TIMES (6 OR FELONIES OR 3 FOR OTHER)   X
  TOTAL                                  $
  ADD: LIQUID ASSETS                     +
  OTHER ASSETS (1/4 EQUITY)              +
  CONTRIBUTION CAPABILITY        (CC)    $

MAX. CONTRIBUTION = ["CC" OR STANDARD 4 AMOUNT (WHICHEVER IS LESS)]
(DIVIDE MAXIMUM CONTRIBUTION BY 26 FOR FELONY CASE OR BY 13 FOR ANY OTHER CASE)
CONTRIBUTION PAYABLE WEEKLY AT $ _____ PER WEEK FOR _____ WEEKS.

NOTES AND CALCULATIONS
Speedy [illegible]

STD 4 AMOUNT $
Petruzzelli Days
NOTARY PUBLIC
DISTRICT OF COLUMBIA
My Commission Expires September 14, 2009

**WARNING:**
YOU MUST REPORT TO THE CRIMINAL JUSTICE ACT OFFICE ANY CHANGE IN FINANCIAL CIRCUMSTANCES, WHICH MIGHT AFFECT YOUR ELIGIBILITY. A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS FORM MAY BE PUNISHABLE BY FINE UP TO $1,000.00 OR IMPRISONMENT UP TO 1 YEAR, OR BOTH. D.C. CODE §1-2702.

I, the undersigned defendant, parent, or guardian, being duly sworn, depose and swear that the information which I have provided is true to the best of my belief.

DEFENDANT X_____   INTERVIEWER _____
                                    NOTARY PUBLIC

DISTRIBUTION: WHITE COPY (COURT JACKET); GOLDENROD COPY (APPOINTED COUNSEL); PINK COPY (DEFENDANT COURT JACKET); GREEN COPY (CJA OFFICE)