UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Case No. 07-099-M-01 |
| : | |
| CATALINO LUCAS DIAZ : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF DISMISSAL

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the dismissal of the above-captioned matter, pursuant to Rule 48 of the Federal Rules of Criminal Procedure.

                    Respectfully submitted,

                    JEFFREY A. TAYLOR
                    UNITED STATES ATTORNEY
                    D.C. BAR NO. 498-610

By: _____
       AARON H. MENDELSOHN
       ASSISTANT UNITED STATES ATTORNEY
       D.C. BAR NO. 467-570
       FEDERAL MAJOR CRIMES SECTION
       (202) 514-9519

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Dismissal has been served upon counsel for the defendant, Carlos Vanegas, Esquire, this 13th day of April, 2007.

_____
AARON H. MENDELSOHN
ASSISTANT UNITED STATES ATTORNEY